In the Matter of the Claim of KENNETH HAMILTON, Respondent, against VILLAGE OF LYNBROOK. STATE INSURANCE FUND, Appellant; STATE INDUSTRIAL BOARD, Respondent.

Submitted October 1, 1940; decided October 18, 1940.

*George J. Hayes* and *William F. O'Rourke* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs. Advance payment, even after two years, constitutes a waiver of the bar of the statute. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.